| PROVEST, LLC | CULLEN & DYKMAN, LLP |
|---|---|
| 320 CARLETON AVE, STE.2600 | 100 Quentin Roosevelt Boulevard |
| CENTRAL ISLIP, NY, 11722 | Garden City, NY 11530 |
| (631) 666-6168 | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK      CASE Nos. # 09-78585(AST) 09-78584(AST)09- 78589(AST)09-78586
                                  09-78587(AST) 09-78588(AST) 09-78590(AST)

GLOBAL CONTAINER LINES LTD.,,
                            Plaintiff,

Against                                          **AFFIDAVIT**
                                                 **OF SERVICE**

DYNCORP INTERNATIONAL INC.,, ET AL
                            Defendants,

STATE OF VA    COUNTY OF FAIRFAX

ANTHONY J. STEFANO being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of VA.

That on Jan. 19th, 2011 at 10:59 A.M at 3190 FAIRVIEW PARK DRIVE-SUITE 700, FALLS CHURCH, VA, 22042, deponent served the within SUMMONS & COMPLAINT bearing Case Nos # 09-78585(AST) 09-78584(AST)09-78589(AST)09-78586(AST)09-78587(AST)09-78588(AST)09-78590(AST), on **DYNCORP INTERNATIONAL INC.**,, defendant therein named,

**CORPORATION**


A corporation, by delivering thereat a true copy of each to KAREN D. POWERS, SR. PARALEGAL personally; deponent knew said so served to be the corporation described as the named defendant and knew said individual to be the AUTHORIZED AGENT thereof.

**DESCRIPTION**

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follow:

| Sex | Skin Color | Hair Color | Age (Aprx) | Height (Aprx) | Weight (Aprx) |
|---|---|---|---|---|---|
| F | BLACK | BLACK | 40s | 5'4" | 140 |

**USE IN NYC CIVIL CT.**

The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es)

**MILITARY SERVICE**


I asked the person spoken to whether the defendant was in active military service of the United States or of the State of VA in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of VA or of the United States as that term is defined in either the State or Federal statutes.

SWORN TO BEFORE ME ON

Jan. 19th, 2011
Date

Martha L. Lazo Ruiz
Signature

12-31-2012
Commission Expiration

LICENSE # N/A
FILE # DYNCORP INTERNATIONAL INC.,
CASE ID # 2804535